IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOSEPH ADAMS** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:07CV1083 LG-JMR** |
| | § | |
| **PEARL RIVER COUNTY JAIL and** | § | |
| **RETA V. LUMPKIN** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Defendant's Motion [34] for Summary Judgment, the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, Reta V. Lumpkin, pursuant to Fed. R. Civ. P. 56. The Plaintiff's claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 16th day of June, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE